

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00458-CV

Gollihar Holdings, Inc., F/K/A Naismith Engineering, Inc. and Hanson Professional Services, Inc.
v.
City of Alice

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 2022CCV-60663-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against party incurring same. In addition, appellants, specifically Hanson Professional Services, Inc, and the Cincinnati Insurance Company, are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order in this cause.

We further order this decision certified below for observance.

June 5, 2025